# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHERYL RIEKEN,<br><br>                 Plaintiff,<br><br>     v.<br><br>TIMBERLAND BANK,<br><br>                 Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C22-5385 BHS |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Court does hereby find and ORDER as follows**:**

This case is DISMISSED with prejudice and closed.

Dated this 4th day of November 2022.

                                                       Ravi Subramanian
                                                       Clerk

                                                       *s/Mike Williams*
                                                     Deputy Clerk